IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOSEPH CASTILLO, | § | |
| | § | |
| *Plaintiff,* | § | CASE NO. |
| | § | SA-22-CV-00772-ESC |
| vs. | § | |
| | § | |
| MOWOOD L.P., | § | |
| | § | |
| *Defendant.* | § | |

## CASE CLOSING ORDER

Before the Court in the above-styled cause of action is the parties' Joint Stipulation of Dismissal [#24], by which Plaintiff and Defendant stipulate to the dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this case is **CLOSED**.

SIGNED this 17th day of January, 2023.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE